■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. MINSHELL, Appellant. [605 NYS2d 958] —Appeal from a judgment of the County Court of Saratoga County (Williams, J.), rendered June 17, 1992, convicting defendant upon his plea of guilty of the crime of attempted burglary in the third degree.

Having failed to move to withdraw his plea prior to sentencing or to make a postverdict motion to vacate the judgment of conviction, defendant's challenge to the sufficiency of the plea allocution, which included a negotiated sentence, has not been preserved for judicial review. In any event, given defendant's criminal history and the fact that he was allowed to plead guilty to a reduced charge in satisfaction of a three-count indictment, we see no reason to disturb defendant's sentence of 2 to 4 years' imprisonment.

Weiss, P. J., Yesawich Jr., Crew III, White and Casey, JJ., concur. Ordered that the judgment is affirmed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BREVARD GRIFFIN, Appellant. [605 NYS2d 959] —Appeal from a judgment of the County Court of Clinton County (Lewis, J.), rendered June 22, 1992, convicting defendant upon his plea of guilty of the crime of assault in the second degree.

The record clearly establishes that defendant waived his right to appeal as part of a negotiated plea bargain, that the waiver was knowing and voluntary, and that he understood the consequences of the waiver. In any event, neither defendant's claim that the plea allocution was insufficient nor his claim that he received ineffective assistance of counsel has merit.

Mikoll, J. P., Yesawich Jr., Mercure and Casey, JJ., concur. Ordered that the judgment is affirmed.